IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HADDRICK BYRD, | : |
| | : CIVIL ACTION |
| Petitioner, | : |
| | : |
| v. | : No. 91-432 |
| | : |
| JEFFREY BEARD, et al., | : |
| | : |
| Respondents. | : |

## ORDER

**AND NOW**, this 13th day of May, 2019, upon consideration of Petitioner's Motion to Reopen his Habeas Corpus Petition Pursuant to Federal Rule of Civil Procedure 60(b) and 60(b)(4) (Doc. No. 21), Respondents' Response (Doc. No. 33), and Petitioner's Traverse (Doc. No. 33), it is hereby **ORDERED** that the Motion shall be construed as a successive habeas petition under 28 U.S.C. § 2244, and shall be **TRANSFERRED** to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

_____
**MITCHELL S. GOLDBERG,       J.**